IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00216-FDW-DSC

| | | |
|---|---|---|
| **PGI POLYMER, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GREENBRIER INTERNATIONAL, INC.** | ) | |
| **AND DOLLAR TREE STORES, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Sarah Chich-Jen Hsia]" (document # 21) filed July 21, 2015. For the reasons set forth therein, the Motion will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: August 6, 2015

David S. Cayer
United States Magistrate Judge