IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:15-cv-00216-FDW-DSC

| | )| |
|---|---|---|
| PGI POLYMER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREENBRIER INTERNATIONAL, INC., and | ) | |
| DOLLAR TREE STORES, INC., | ) | |
| | ) | |
| Defendants / Counterclaimants | ) | |
| | ) | |

## **ORDER**

**THIS MATTER** comes before the Court on the Joint Motion of Plaintiff PGI Polymer, Inc., and Defendants/Counterclaimants Greenbrier Int'l Inc. and Dollar Tree Stores, Inc., to modify the deadlines set forth in the Case Management Order. After conferring with the chambers of the Honorable Frank D. Whitney, the Court will grant in part and deny in part the Motion. The deadlines set forth in the Case Management Order are extended as follows:

| **Deadline** | **Old Date** | **New Date** |
|---|---|---|
| Expert Reports | Plaintiff: December 1, 2015<br>Defendants: December 29, 2015 | Plaintiff: January 7, 2016<br>Defendants: February 4, 2016 |
| Discovery Completion | February 25, 2016 (per Judge Cayer Minute Order 11/17/2015) | Unchanged |
| ADR | February 9, 2016 | Unchanged |
| Dispositive Motions Filed | February 23, 2016 | March 4, 2016 |
| Dispositive Motions Hearing | April 4-15, 2016 | Unchanged |
| Trial Setting | Term beginning May 2, 2016 | Unchanged |

1

**SO ORDERED**.

Signed: November 24, 2015

David S. Cayer
United States Magistrate Judge