# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00216-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GREENBRIER INTERNATIONAL, INC. AND DOLLAR TREE STORES, INC., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court in response to the "Notice of Status of Alternative Dispute Resolution" (document # 54) filed February 9, 2016. After conferring with the chambers of the Honorable Frank D. Whitney, the undersigned will conduct a Judicial Settlement Conference on Monday, February 29, 2016 at 1:00 p.m. at the United States District Court for the Western District of North Carolina Charlotte Division. Chambers staff will contact counsel regarding specifics for the Settlement Conference.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: February 12, 2016

David S. Cayer
United States Magistrate Judge