IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00216-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) |
| GREENBRIER INTERNATIONAL, INC., and DOLLAR TREE STORES, INC., | ) |
| Defendants/Counterclaimants. | ) |

ORDER

**THIS MATTER** is before the Court on Defendants' "Motion for Modification of Scheduling Order and to Compel Production of Documents" (document #70) and the parties' briefs and exhibits.

In their Motion, Defendants seek production of documents relating to Plaintiff's testing of Defendants' products. Plaintiffs respond that this Motion is untimely and that they have already produced the responsive documents. For those and the other reasons stated in Plaintiffs' brief, the Motion is denied.

The parties will bear their own costs at this time.

The Clerk is directed to send copies of this Order to the parties' counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 12, 2016

David S. Cayer
United States Magistrate Judge